IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:20-cv-00432-MR

| | |
|---|---|
| CHRISTOPHER D. CROMARTIE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time or to Hold in Abeyance [Doc. 8].

The *pro se* incarcerated Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint was dismissed on initial review pursuant to 28 U.S.C. § 1915, and Plaintiff was granted a period of 30 days to file an Amended Complaint. [Doc. 7]. That time period will expire on December 14, 2020.

In the present motion, Plaintiff asks the Court to extend the time within which to file an Amended Complaint for 120 to 180 days, or to hold this case in abeyance. Plaintiff explains that he previously contracted COVID-19 and was quarantined for between 16 and 18 days. He alleges that he presently

has an infection that is being treated with antibiotics, and that his current facility is expected to remain on lockdown for another 10 to 14 days. [Doc. 8 at 1-2]. Plaintiff's request for an indefinite stay or a continuance for between 120 and 180 days will be denied. However, an additional 30-day extension of time will be granted for good cause shown. The deadline to file an Amended Complaint will be extended up to and including January 13, 2021. Plaintiff's failure to file an Amended Complaint by that day will result in the dismissal of this case without further notice.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Extension of Time or to Hold in Abeyance [Doc. 8] is **GRANTED IN PART** and **DENIED IN PART**. The deadline to file an Amended Complaint is extended up to and including **January 13, 2021**.

**IT IS SO ORDERED.**

Signed: December 1, 2020

Martin Reidinger
Chief United States District Judge