IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00432-MR

| | |
|---|---|
| CHRISTOPHER D. CROMARTIE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA DEPARTMENT ) <br> OF PUBLIC SAFETY, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the undersigned on Plaintiff's "Motion to Modify: Judicial Settlement Conference" (the "Motion," Doc. 60).

A judicial settlement conference is currently scheduled to take place by telephone on March 30, 2023 from 9:30 to 11:30AM. Doc. 57. The Order setting the settlement conference directed that Plaintiff participate from his current place of incarceration.

In the Motion, Plaintiff states that he is currently incarcerated at Pender Correctional Institution, and that he "strongly respectfully disagrees" that the judicial settlement conference should take place telephonically. Doc. 60. Plaintiff states that he would prefer to appear in person and asks the Court to reschedule the March 30 conference.

1

The undersigned, however, concludes that conducting a judicial settlement conference in this case remotely would be the most efficient use of the resources of the parties and the Court.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion to Modify: Judicial Settlement Conference" (Doc. 60) is **DENIED**.

Signed: March 20, 2023

W. Carleton Metcalf
United States Magistrate Judge