IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00432-MR

| CHRISTOPHER D. CROMARTIE, JR., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

On March 30, 2023, the undersigned convened a telephonic judicial settlement conference in this matter. Plaintiff participated from his present place of incarceration. Defendant participated along with defense counsel and representatives of the North Carolina Department of Public Safety.

At the beginning of the conference, Plaintiff indicated that he had submitted a motion seeking reconsideration of the undersigned's order dated March 20, 2023 (Doc. 61) which denied a previous request by Plaintiff that the conference not take place telephonically. The motion for reconsideration does not appear on the docket at this time.

Plaintiff also noted that he has filed a separate motion seeking the appointment of counsel (Doc. 59) and stated specifically that he wished to be represented by counsel both during a settlement conference and at trial.

After hearing at length from Plaintiff and defense counsel, the undersigned concluded, in the exercise of discretion, that the settlement conference should be temporarily postponed.

**IT IS THEREFORE ORDERED THAT** the judicial settlement conference in this matter, which began on March 30, 2023, is **CONTINUED** and will be rescheduled.

Signed: March 30, 2023

W. Carleton Metcalf
United States Magistrate Judge