IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00432-MR

CHRISTOPHER D. CROMARTIE, JR.,    )
                                  )
                    Plaintiff,    )
                                  )                    ORDER
v.                                )
                                  )
NORTH CAROLINA DEPARTMENT         )
OF PUBLIC SAFETY, ET AL.,         )
                                  )
                    Defendants.   )
_____   )

This matter is before the undersigned on Plaintiff's "Motion to Reconsider to Modify Judicial Settlement Conference" (the "Motion to Reconsider," Doc. 64).

On February 28, 2023, the presiding District Judge referred this matter to the undersigned for the purpose of conducting a judicial settlement conference. Doc. 56.

On March 6, 2023, the undersigned scheduled a judicial settlement conference for March 30, 2023. Doc. 57.

On March 8, 2023, Plaintiff filed a Motion for the Appointment of Counsel. Doc. 59.

1

On March 17, 2023, Plaintiff filed a "Motion to Modify: Judicial Settlement Conference." Doc. 60. That request was denied by the undersigned in an order entered on March 20, 2023.

On March 30, 2023, the undersigned convened the judicial settlement conference, as noticed. However, at the beginning of the conference, Plaintiff indicated he had submitted the Motion to Reconsider (though that motion did not appear on the docket at the time) and also noted his Motion for the Appointment of Counsel. After hearing from the parties, the undersigned continued the conference. Doc. 62.

On April 3, 2023, the presiding District Judge denied Plaintiff's Motion for the Appointment of Counsel. Doc. 63.

Also on April 3, 2023, Plaintiff's Motion to Reconsider was entered on the docket. Doc. 64.[1] Through the Motion to Reconsider, Plaintiff requests that the judicial settlement conference arrangements be modified such that the conference will last longer than two hours, that the conference be conducted in person, and that the conference be continued for up to 60 days.

Having reviewed Plaintiff's Motion to Reconsider, as well as the docket, the undersigned is not persuaded that the ruling on Plaintiff's Motion to Modify should be reconsidered or that the manner in which the judicial

---

[1] The file stamp shows that the Motion to Reconsider was filed on March 29, 2023. However, as noted, it did not appear on the docket on that date.

2

settlement conference will be conducted should be modified. With respect to Plaintiff's request that the conference not be conducted on any Friday, due to his religious beliefs, the undersigned notes that the previous conference date of March 30 was a Thursday and does not believe that a rescheduled conference will be set for a Friday.

Plaintiff's "Motion to Reconsider to Modify Judicial Settlement Conference" (Doc. 64) is, therefore, **DENIED**.

It is so ordered.

Signed: April 4, 2023

W. Carleton Metcalf
United States Magistrate Judge

3