IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00432-MR

| | |
|---|---|
| CHRISTOPHER D. CROMARTIE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF PUBLIC SAFETY, ET AL., ) | |
| ) | |
| Defendants. ) | |

This matter is before the undersigned pursuant to the Order of the District Court referring this case for a judicial settlement conference, and for the resetting of the conference following the continuance of the proceedings on March 30, 2023. Docs. 56, 62.

The judicial settlement conference is **RESCHEDULED** for **Thursday, May 4, 2023 from 9:30 a.m. to 11:30 a.m**.

The conference will be conducted by telephone and otherwise in the manner described in that Order dated March 6, 2023. Doc. 57.

1

Defense counsel shall ensure that the Warden and/or Plaintiff's case manager at Plaintiff's present location receive(s) notice of the rescheduled conference, including call-in information, a copy of this Order, and a copy of the March 6 Order.

It is so ordered.

Signed: April 5, 2023

W. Carleton Metcalf
United States Magistrate Judge